■ ANDOVER REALTY, INC., Appellant, v MASIS REALTY CORP. et al., Respondents. — Judgment, Supreme Court, New York County (Blyn, J.), entered on October 23, 1980, unanimously affirmed. Respondents shall recover of appellant $75 costs and disbursements of this appeal. The appeal from the order

entered on October 23, 1980 is dismissed as having been subsumed in the appeal from the judgment, without costs and without disbursements. No opinion. Concur — Carro, J. P., Lupiano, Silverman and Asch, JJ.